NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETSOC, LLC,**
*Plaintiff-Appellant*

**v.**

**OATH INC.,**
*Defendant-Appellee*

---

2020-1437

---

Appeal from the United States District Court for the Southern District of New York in No. 1:18-cv-12267-RA, Judge Ronnie Abrams.

---

Decided: December 31, 2020

---

WILLIAM PETERSON RAMEY, III, Ramey & Schwaller, LLP, Houston, TX, argued for plaintiff-appellant.

RALPH JEFFREY CARTER, Duane Morris LLP, New York, NY, argued for defendant-appellee. Also represented by KEVIN PAUL ANDERSON, Washington, DC.

---

Before TARANTO, CHEN, and STOLL, *Circuit Judges*.

STOLL, *Circuit Judge*.

NetSoc, LLC appeals the United States District Court for the Southern District of New York's dismissal of certain patent-infringement allegations against Oath Inc. The district court held that NetSoc was collaterally estopped from asserting infringement of certain claims of U.S. Patent No. 9,218,591 following a decision by the United States District Court for the Northern District of Texas holding claims in related U.S. Patent No. 9,978,107 patent ineligible under 35 U.S.C. § 101. *See NetSoc, LLC v. Match Grp., LLC*, No. 3:18-CV-01809-N, 2019 WL 3304704, at *3 (N.D. Tex. July 22, 2019). Our determination in *NetSoc, LLC v. Match Grp.*, No. 20-1195 (Fed. Cir. Dec. 31, 2020), issued herewith, holding the claims of the '591 patent ineligible under § 101 renders the issues in this case moot. Therefore, we dismiss as moot NetSoc's appeal of the district court's decision.

**DISMISSED**

COSTS

No costs.